Brian J. Porter, Bar Number 14291
Armand J. Howell, Bar Number 10029
Benjamin J. Mann, Bar Number 12588
HALLIDAY, WATKINS & MANN, P.C.
Attorneys for Freedom Mortgage Corporation
376 East 400 South, Suite 300
Salt Lake City, UT 84111
Telephone: 801-355-2886
Fax: 801-328-9714
Email: brian@hwmlawfirm.com
File No: 52036

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF UTAH
# CENTRAL DIVISION

| In re:<br><br>CYNTHIA R. HOLMES<br>*aka* Cynthia Rose Ralston<br>*aka* Cyndi Holmes<br><br>Debtor. | Bankruptcy Case No. 19-26984<br>Chapter 13<br><br>**EX PARTE MOTION TO SHORTEN NOTICE OF MOTION TO TERMINATE AUTOMATIC STAY AND FOR IN REM RELIEF** |
|---|---|

Freedom Mortgage Corporation, through counsel, Brian J. Porter, respectfully requests the Court to shorten notice of the Motion to Terminate Automatic Stay as to Freedom Mortgage Corporation and for In-Rem Relief in the above entitled matter. The request is based upon the filing of multiple successive bankruptcy cases on the eve of scheduled foreclosure sales on the property to delay or hinder the foreclosure and process.

Notice will be mailed on September 25, 2019, to the Debtor and Chapter 13 Trustee. The hearing is scheduled for October 15, 2019, at 10:00 AM, with an objection deadline of October 11, 2019.

Respectfully submitted this 25th day of September 2019.

/s/ Brian J. Porter
Brian J. Porter
Attorney for BOA