**This order is SIGNED.**

Dated: September 27, 2019  

**R. KIMBALL MOSIER**
**U.S. Bankruptcy Judge**

---

Brian J. Porter, Bar Number 14291
Armand J. Howell, Bar Number 10029
Benjamin J. Mann, Bar Number 12588
HALLIDAY, WATKINS & MANN, P.C.
Attorneys for Freedom Mortgage Corporation
376 East 400 South, Suite 300
Salt Lake City, UT 84111
Telephone: 801-355-2886
Fax: 801-328-9714
Email: brian@hwmlawfirm.com
File No: 52036

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF UTAH
# CENTRAL DIVISION

| In re:<br><br>CYNTHIA R. HOLMES<br>*aka* Cynthia Rose Ralston<br>*aka* Cyndi Holmes<br><br>Debtor. | Bankruptcy Case No. 19-26984<br>Chapter 13<br><br>**ORDER GRANTING MOTION TO SHORTEN NOTICE OF MOTION TO TERMINATE AUTOMATIC STAY AND FOR IN REM RELIEF** |
|---|---|

IT IS HEREBY ORDERED, that the ex parte motion of Freedom Mortgage Corporation to shorten notice of Motion to Terminate Automatic Stay and for In-Rem Relief in the above entitled matter is hereby granted. The hearing will be held on October 15, 2019, at 10:00 AM, with an objection deadline of October 11, 2019.

END OF ORDER

## **DESIGNATION OF PARTIES TO RECEIVE NOTICE**

Service of the foregoing **ORDER GRANTING MOTION TO SHORTEN TIME** shall be served to the parties and the manner designated below:

By Electronic Service: The parties of record in this case as identified below, are registered CM/ECF users.

Lon Jenkins
Via ECF
Chapter 13 Trustee

United States Trustee
Via ECF

By U.S. Mail – In addition to the parties of receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed R. Civ. P. 5(b).

Cynthia R. Holmes
555 North 75 West
Springville, UT 84663
Debtor